**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

ELIZABETH L. MANNING,        )
                Plaintiff,   )
                             )        **O-R-D-E-R**
        v.                   )
                             )        1:10CV928
CAROLYN W. COLVIN,           )
Acting Commissioner of Social )
Security,                    )
                Defendant.   )

On February 7, 2014, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed and served on the parties in this action, and a copy was given to the court.

Within the time limitation set forth in the statute, counsel for Plaintiff objected to the Recommendation.

The court has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for judgment on the pleadings [Docket No. 9] is **DENIED**, that Defendant's motion for judgment on the pleadings [Docket No. 12] is **GRANTED** and that the final decision of the Commissioner be upheld. A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 24th day of March, 2014.

United States District Judge